4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JEQUEZ DEQUINN BARNETT,
    Defendant.
_____/

Case: 4:12-cr-20500
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 08-01-2012 At 11:01 AM
USA v. Barnett (1dft) (dw)

Hon. MARK A. GOLDSMITH
United States District Judge

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
[21 U.S.C. §§ 841(a)(1) and (b)(1)(B);
possession with intent to distribute 500 grams cocaine]

That on or about July 16, 2012, at or near 2559 Bonbright, Flint, in the Eastern District of Michigan, JEQUEZ DEQUINN BARNETT knowingly possessed with intent to distribute at least 500 grams of cocaine, a Schedule II controlled substance, violation of Sections 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## COUNT TWO
## [18 U.S.C. § 922(g)(1); felon in possession of firearm]

That on or about July 16, 2012, at or near 2559 Bonbright, Flint, in the Eastern District of Michigan, JEQUEZ DEQUINN BARNETT, having previously been convicted in the Genesee Circuit Court, State of Michigan, for the crimes of carrying a concealed weapon and delivery of a controlled substance, less than 50 grams, both being crimes punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce a firearm, that is, a Remington Model 870, 12-gauge pump-action shotgun bearing serial number A546149M; all in violation of Section 922(g)(1) of Title 18, United States Code.

## FORFEITURE ALLEGATIONS

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the government notifies defendant of its intention to seek forfeiture of all direct or indirect proceeds of; all property that facilitated the commission of; and all property involved in the violation set forth in this Indictment, as well as property traceable to such proceeds and property.

Dated: August 1, 2012

BARBARA L. McQUADE
United States Attorney

s/ ROBERT W. HAVILAND  (P25665)
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502-1280    (810) 766-5031
robert.haviland@usdoj.gov

s/ CRAIG F. WININGER (P57058)
Assistant United States Attorney
Chief, Branch Offices

**THIS IS A TRUE BILL.**

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

| Companion Case information MUST be completed by A | | Case: 4:12-cr-20500 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Judge: Goldsmith, Mark A.<br>MJ: Hluchaniuk, Michael J.<br>Filed: 08-01-2012 At 11:01 AM |
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co | | USA v. Barnett (1dft) (dw) |

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes      ☐ No | AUSA's Initials: |

**Case Title:** USA v. JEQUEZ DEQUINN BARNETT

**County where offense occurred:** Genesee

**Check One:**   ☒ **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

　　X　Indictment/　　　Information --- **no prior complaint.**
　　　　Indictment/　　　Information --- based upon prior complaint [Case number: _____]
　　　　Indictment/　　　Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____
- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 1, 2012
Date

*Robert W. Haviland* (signature)
ROBERT W. HAVILAND
Assistant United States Attorney
600 Church Street, 2nd Floor, Flint, MI 48502
Phone: 810-766-5177
Fax: 810-766-5427
robert.haviland@usdoj.gov
P-25665

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09